IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:16-CV-060-DCK

| | |
|---|---|
| JERRY D. WHISNANT, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| CAROLYN W. COLVIN, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion For Reversal And Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g)" (Document No. 12) filed October 5, 2016. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate. Having carefully considered the motion, the record, and noting consent of Plaintiff's counsel, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion For Reversal And Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g)" (Document No. 12) is **GRANTED**. Pursuant to the power of this Court to enter a judgment reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), this Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings. <u>See</u> <u>Melkonyan v. Sullivan</u>, 501 U.S. 89 (1991).

**SO ORDERED**.

Signed: October 5, 2016

David C. Keesler
United States Magistrate Judge